**GUTRIDE SAFIER LLP**
Seth A. Safier (State Bar No. 197427)
 seth@gutridesafier.com
100 Pine Street, Suite 1250
San Francisco, CA 94111
Telephone: (415) 639-9090
Facsimile: (415) 449-6469

*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Jyotindra Shakya and Thanh Tran, on behalf of themselves and those similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>Fantasia Trading LLC; Anker Technology Corporation, | Case No. 4:23-cv-03925-JCS<br><br>PLAINTIFFS' NOTICE OF CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE |

**PLEASE TAKE NOTICE** that Plaintiffs hereby CONSENT to the assignment of this case to a United States Magistrate Judge for trial and disposition.

Dated: August 4, 2023

**GUTRIDE SAFIER LLP**

*/s/Seth A. Safier/s/*
Seth A. Safier (State Bar No. 197427)
 seth@gutridesafier.com
100 Pine Street, Suite 1250
San Francisco, CA 94111
Telephone: (415) 639-9090
Facsimile: (415) 449-6469

*Attorneys for Plaintiffs*