**GUTRIDE SAFIER LLP**
Seth A. Safier (State Bar No. 197427)
seth@gutridesafier.com
Todd Kennedy (State Bar No. 250267)
todd@gutridesafier.com
100 Pine Street, Suite 1250
San Francisco, CA 94111
Telephone: (415) 639-9090
Facsimile: (415) 449-6469

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Jyotindra Shakya and Thanh Tran, as individuals, on behalf of themselves, the general public and those similarly situated,<br><br>       Plaintiffs,<br><br>  v.<br><br>Fantasia Trading LLC; Anker Technology Corporation,<br><br>       Defendants. | Case No.: 3:23-cv-03925-JCS<br><br>**CERTIFICATE OF INTERESTED PERSONS** |

-1-

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

      Pursuant to Civil Local Rule 3-15, the undersigned certifies that the following persons, (i) have a financial interest in the subject matters in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding:

| Party | Connection |
| --- | --- |
| JYOTINDRA SHAKYA | PLAINTIFF |
| THANH TRAN | PLAINTIFF |

Dated: August 22, 2023                    **GUTRIDE SAFIER LLP**


_/s/ Seth A. Safier_
Seth A. Safier (SBN 197427)
GUTRIDE SAFIER LLP
100 Pine Street, Suite 1250
San Francisco, California 94111
Telephone: (415) 639-9090
Facsimile: (415) 449-6469

Attorneys for Plaintiffs

CERTIFICATE OF INTERESTED PERSONS