| | |
|---|---|
| 1 | DIANA M. RUTOWSKI (STATE BAR NO. 238878) |
|   | drutowski@orrick.com |
| 2 | JACOB M. HEATH (STATE BAR NO. 238959) |
|   | jheath@orrick.com |
| 3 | ORRICK, HERRINGTON & SUTCLIFFE LLP |
|   | 1000 Marsh Road |
| 4 | Menlo Park, CA  94025-1015 |
|   | Telephone:    +1 650 614-7400 |
| 5 | Facsimile:    +1 650 614-7401 |
| 6 | REBECCA HARLOW (STATE BAR NO. 281931) |
|   | rharlow@orrick.com |
| 7 | ORRICK, HERRINGTON & SUTCLIFFE LLP |
|   | The Orrick Building |
| 8 | 405 Howard Street |
|   | San Francisco, CA  94105-2669 |
| 9 | Telephone:    +1 415 773 5700 |
|   | Facsimile:    +1 415 773 5759 |
| 10 | |
| 11 | THOMAS FU (STATE BAR NO. 325209) |
|    | tfu@orrick.com |
|    | ORRICK, HERRINGTON & SUTCLIFFE LLP |
| 12 | 355 South Grand Ave., Suite 2700 |
|    | Los Angeles, CA  90071-1596 |
| 13 | Telephone:    +1 213 629-2020 |
|    | Facsimile:    +1 213 612-2499 |
| 14 | |
|    | Attorneys for Defendant Fantasia Trading LLC |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JYOTINDRA SHAKYA and THANH TRAN, on behalf of themselves and those similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>FANTASIA TRADING LLC and ANKER TECHNOLOGY CORPORATION,<br><br>Defendants. | Case No. 3:23-cv-03925-JCS<br><br>**NOTICE OF APPEARANCE FOR DIANA M. RUTOWSKI** |

ORRICK, HERRINGTON &
SUTCLIFFE LLP
ATTORNEYS AT LAW
SILICON VALLEY

NOTICE OF APPEARANCE
CASE NO. 3:23-CV-03925

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that Diana M. Rutowski of the law firm of Orrick, Herrington & Sutcliffe LLP hereby enters an appearance as counsel for Defendant Fantasia Trading LLC. Ms. Rutowski is admitted to practice in the Northern District of California and her California Bar Number is 233878. All notices given or required to be given, and all papers filed or served or required to be served in the above-captioned matter, should be provided and served upon:

>DIANA M. RUTOWSKI (SBN 233878)
>drutowski@orrick.com
>ORRICK, HERRINGTON & SUTCLIFFE LLP
>1000 Marsh Road
>Menlo Park, CA 94025-1015
>Telephone: 650 614-7400
>Facsimile: 650 614-7401

DATED: October 24, 2023

Respectfully Submitted,

ORRICK, HERRINGTON & SUTCLIFFE LLP

By: _/s/ Diana Rutowski_
DIANA RUTOWSKI

Attorneys for Defendant
FANTASIA TRADING LLC

ORRICK, HERRINGTON &
SUTCLIFFE LLP
ATTORNEYS AT LAW
SILICON VALLEY

- 1 -

NOTICE OF APPEARANCE
CASE NO. 3:23-CV-03925