DIANA M. RUTOWSKI (STATE BAR NO. 238878)
drutowski@orrick.com
JACOB M. HEATH (STATE BAR NO. 238959)
jheath@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
1000 Marsh Road
Menlo Park, CA 94025-1015
Telephone: +1 650 614-7400
Facsimile: +1 650 614-7401

REBECCA HARLOW (STATE BAR NO. 281931)
rharlow@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, CA 94105-2669
Telephone: +1 415 773 5700
Facsimile: +1 415 773 5759

THOMAS FU (STATE BAR NO. 325209)
tfu@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
355 South Grand Ave., Suite 2700
Los Angeles, CA 90071-1596
Telephone: +1 213 629-2020
Facsimile: +1 213 612-2499

Attorneys for Defendant Fantasia Trading LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JYOTINDRA SHAKYA and THANH TRAN, on behalf of themselves and those similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>FANTASIA TRADING LLC and ANKER TECHNOLOGY CORPORATION,<br><br>Defendants. | Case No. 3:23-cv-03925-JCS<br><br>**NOTICE OF APPEARANCE FOR JACOB M. HEATH** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that Jacob M. Heath of the law firm of Orrick, Herrington & Sutcliffe LLP hereby enters an appearance as counsel for Defendant Fantasia Trading LLC. Mr. Heath is admitted to practice in the Northern District of California and his California Bar Number is 238959. All notices given or required to be given, and all papers filed or served or required to be served in the above-captioned matter, should be provided and served upon:

>JACOB M. HEATH (STATE BAR NO. 238959)
>jheath@orrick.com
>ORRICK, HERRINGTON & SUTCLIFFE LLP
>1000 Marsh Road
>Menlo Park, CA 94025-1015
>Telephone: 650 614-7400
>Facsimile: 650 614-7401

DATED: October 24, 2023

Respectfully Submitted,

ORRICK, HERRINGTON & SUTCLIFFE LLP

By: _/s/ Jacob M. Heath_
JACOB M. HEATH

Attorneys for Defendant
FANTASIA TRADING LLC