| | |
|---|---|
| 1 | DIANA M. RUTOWSKI (STATE BAR NO. 238878) |
|   | drutowski@orrick.com |
| 2 | JACOB M. HEATH (STATE BAR NO. 238959) |
|   | jheath@orrick.com |
| 3 | ORRICK, HERRINGTON & SUTCLIFFE LLP |
|   | 1000 Marsh Road |
| 4 | Menlo Park, CA  94025-1015 |
|   | Telephone:    +1 650 614-7400 |
| 5 | Facsimile:     +1 650 614-7401 |
| 6 | REBECCA HARLOW (STATE BAR NO. 281931) |
|   | rharlow@orrick.com |
| 7 | ORRICK, HERRINGTON & SUTCLIFFE LLP |
|   | The Orrick Building |
| 8 | 405 Howard Street |
|   | San Francisco, CA  94105-2669 |
| 9 | Telephone:    +1 415 773 5700 |
|   | Facsimile:     +1 415 773 5759 |
| 10 | |
| 11 | THOMAS FU (STATE BAR NO. 325209) |
|   | tfu@orrick.com |
| 12 | ORRICK, HERRINGTON & SUTCLIFFE LLP |
|   | 355 South Grand Ave., Suite 2700 |
|   | Los Angeles, CA  90071-1596 |
| 13 | Telephone:    +1 213 629-2020 |
|   | Facsimile:     +1 213 612-2499 |

Attorneys for Defendant Fantasia Trading LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JYOTINDRA SHAKYA and THANH TRAN, on behalf of themselves and those similarly situated, | Case No. 3:23-cv-03925-JCS |
| Plaintiffs, | **RULE 7.1 CORPORATE DISCLOSURE STATEMENT OF FANTASIA TRADING LLC AND LOCAL RULE 3-15 CERTIFICATION OF INTERESTED ENTITIES OR PERSONS** |
| v. | |
| FANTASIA TRADING LLC and ANKER TECHNOLOGY CORPORATION, | |
| Defendants. | |

Defendant Fantasia Trading LLC ("Fantasia Trading"), through its undersigned counsel, pursuant to Fed. R. Civ. P. 7.1, states that Fantasia Trading is a solely owned subsidiary of Anker Innovations Limited, which is wholly owned by Anker Holding Ltd., which is in turn wholly owned by Anker Innovations Technology Co., Ltd. Anker Innovations Technology Co., Ltd. is a public company listed on Shenzhen Stock Exchange.

Pursuant to Civil L.R. 3-15, the undersigned certifies that as of this date, there is no conflict or interest (other than the named parties) to report.

Respectfully submitted,

DATED: October 24, 2023

Respectfully Submitted,

ORRICK, HERRINGTON & SUTCLIFFE LLP

By: */s/ Diana M. Rutowski*
DIANA M. RUTOWSKI

Attorneys for Defendant
FANTASIA TRADING LLC