AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Northern District of California

| Jyotindra Shakya, et al., | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No.  3:23-cv-03925-JCS |
| Fantasia Trading LLC, et al. | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiffs Jyotindra Shakya and Thanh Tran.

Date: 10/25/2023

/s/ Todd Kennedy
*Attorney's signature*

Todd Kennedy, State Bar No. 250267
*Printed name and bar number*

Gutride Safier LLP
100 Pine Street, Suite 1250
San Francisco, CA 94111
*Address*

todd@gutridesafier.com
*E-mail address*

(415) 639-9090
*Telephone number*

(415) 449-6469
*FAX number*