**GUTRIDE SAFIER LLP**

SETH A. SAFIER (State Bar No. 197427)
seth@gutridesafier.com
100 Pine Street, Suite 1250
San Francisco, CA 94111
Telephone: (415) 639-9090
Facsimile: (415) 449-6469

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| JYOTINDRA SHAKYA and THANH TRAN, on behalf of themselves and those similarly situated, | Case No. 3:23-cv-03925-JD |
| Plaintiffs, | **JOINT STIPULATION AND [PROPOSED] ORDER TO EXTEND DEADLINE TO AMEND COMPLAINT** |
| v. | |
| FANTASIA TRADING LLC and ANKER TECHNOLOGY CORPORATION, | Judge: Hon. James Donato |
| Defendants. | |

Plaintiffs Jyotindra Shakya and Thanh Tran ("Plaintiffs") and Defendant Fantasia Trading LLC ("Fantasia")[1] (collectively, the "Parties") by and through their counsel of record, hereby stipulate and agree, subject to approval of the Court, as follows:

1. On August 4, 2023, Plaintiffs filed a Class Action Complaint against Fantasia Trading LLC and Anker Technology Corporation in the U.S. District Court for the Northern District of California (Dkt. No. 1). Defendant Fantasia waived service, and Defendant Anker Technology Corporation is a dissolved entity that has, therefore, not been served.

2. On October 24, 2023, Fantasia filed a Motion to Dismiss for Failure to State a Claim and Lack of Standing (Dkt. No. 18) (the "Motion").

3. On October 31, 2023, the Court, following reassignment, requested that Fantasia refile its Motion to Dismiss (Dkt. No. 25), which Fantasia did on November 3, 2023 (Dkt. No. 26).

4. Plaintiffs' counsel initiated a meet and confer about the briefing schedule, confirming that Plaintiffs will be amending their complaint and requesting time to do so. Accordingly, the Parties have met and conferred in good faith and have agreed, subject to the Court's approval, that: Plaintiffs shall have until December 8, 2023 to file their amended complaint; and Fantasia shall have until January 12, 2024 to file its response thereto. This proposed schedule takes into account Plaintiffs' request and the intervening holidays.

**NOW, THEREFORE, THE PARTIES STIPULATE AS FOLLOWS:**

1. December 8, 2023: Plaintiffs' amended complaint is due

2. January 12, 2024: Fantasia's response to Plaintiffs' amended complaint is due

---

[1] Anker Technology Corporation was an affiliate of Fantasia Trading LLC, but was dissolved in December 2015. Anker Technology Corporation has therefore not been served and is not a party to this Stipulation.

DATED: November 17, 2023                    Respectfully Submitted,

                                            ORRICK, HERRINGTON & SUTCLIFFE LLP


                                    By: /s/
                                            DIANA M. RUTOWSKI

                                            Attorneys for Defendant
                                            FANTASIA TRADING LLC


                                            GUTRIDE SAFIER LLP


                                    By: /s/
                                            SETH A. SAFIER
                                            TODD KENNEDY

                                            Attorney for Plaintiffs
                                            JYOTINDRA SHAKYA and THANH TRAN

**[PROPOSED] ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.


Dated:_____

_____
HONORABLE JAMES DONATO
United States District Judge