**GUTRIDE SAFIER LLP**
SETH A. SAFIER (State Bar No. 197427)
seth@gutridesafier.com
100 Pine Street, Suite 1250
San Francisco, CA 94111
Telephone: (415) 639-9090
Facsimile: (415) 449-6469

*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JYOTINDRA SHAKYA and THANH TRAN, on behalf of themselves and those similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>FANTASIA TRADING LLC and ANKER TECHNOLOGY CORPORATION,<br><br>Defendants. | Case No. 3:23-cv-03925-JD<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER TO EXTEND DEADLINE TO AMEND COMPLAINT**<br><br>Judge: Hon. James Donato |

Plaintiffs Jyotindra Shakya and Thanh Tran ("Plaintiffs") and Defendant Fantasia Trading LLC ("Fantasia")[1] (collectively, the "Parties") by and through their counsel of record, hereby stipulate and agree, subject to approval of the Court, as follows:

1. On August 4, 2023, Plaintiffs filed a Class Action Complaint against Fantasia Trading LLC and Anker Technology Corporation in the U.S. District Court for the Northern District of California (Dkt. No. 1). Defendant Fantasia waived service, and Defendant Anker Technology Corporation is a dissolved entity that has, therefore, not been served.

2. On October 24, 2023, Fantasia filed a Motion to Dismiss for Failure to State a Claim and Lack of Standing (Dkt. No. 18) (the "Motion").

3. On October 31, 2023, the Court, following reassignment, requested that Fantasia refile its Motion to Dismiss (Dkt. No. 25), which Fantasia did on November 3, 2023 (Dkt. No. 26).

4. Plaintiffs' counsel initiated a meet and confer about the briefing schedule, confirming that Plaintiffs will be amending their complaint instead of opposing the Motion, and at the Parties' request, on November 21, 2023, the Court extended Plaintiffs' deadline to file an amended complaint. (ECF No. 28)

1. The Parties are engaged in the exchange of information and settlement discussions and have agreed, subject to the Court's approval, that Plaintiffs shall have until December 22, 2023 to file their amended complaint; and Fantasia shall have until January 26, 2024 to file its Motion to Dismiss or other response thereto.

**NOW, THEREFORE, THE PARTIES STIPULATE AS FOLLOWS:**

1. December 22, 2023: Plaintiffs' amended complaint is due.

2. January 26, 2024: Fantasia's Motion to Dismiss or other response to Plaintiffs' amended complaint is due.

---

[1] Anker Technology Corporation was an affiliate of Fantasia Trading LLC, but was dissolved in December 2015. Anker Technology Corporation has therefore not been served and is not a party to this Stipulation.

| | |
|---|---|
| DATED: December 8, 2023 | Respectfully Submitted, |
| | ORRICK, HERRINGTON & SUTCLIFFE LLP |
| | By: _____ |
| | DIANA M. RUTOWSKI |
| | Attorneys for Defendant |
| | FANTASIA TRADING LLC |
| | |
| | GUTRIDE SAFIER LLP |
| | By: _____ |
| | SETH A. SAFIER |
| | TODD KENNEDY |
| | Attorney for Plaintiffs |
| | JYOTINDRA SHAKYA and THANH TRAN |

**[PROPOSED] ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated:_____

_____
HONORABLE JAMES DONATO
United States District Judge