UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Civil Minutes

Date: January 18, 2024          Judge: Hon. James Donato

Time: 3 Minutes

Case No.     **3:23-cv-03925-JD**
Case Name     **Shakya et al v. Fantasia Trading LLC et al**

Attorney(s) for Plaintiff(s):     Seth Safir
Attorney(s) for Defendant(s):     Rebecca Harlow/Diana Rutowski

Court Reporter: Kelly Shainlain

Deputy Clerk: Lisa Clark

PROCEEDINGS

Initial case management conference -- Held.

NOTES AND ORDERS

The parties are directed to jointly file by February 1, 2024, a complete proposed case schedule and a statement designating a private mediator.