|   |   |
|---|---|
| 1 | DIANA M. RUTOWSKI (STATE BAR NO. 238878)<br>drutowski@orrick.com |
| 2 | JACOB M. HEATH (STATE BAR NO. 238959)<br>jheath@orrick.com |
| 3 | ORRICK, HERRINGTON & SUTCLIFFE LLP<br>1000 Marsh Road |
| 4 | Menlo Park, CA  94025-1015<br>Telephone:   +1 650 614-7400 |
| 5 | Facsimile:   +1 650 614-7401 |
| 6 | REBECCA HARLOW (STATE BAR NO. 281931)<br>rharlow@orrick.com |
| 7 | ORRICK, HERRINGTON & SUTCLIFFE LLP<br>The Orrick Building |
| 8 | 405 Howard Street<br>San Francisco, CA  94105-2669 |
| 9 | Telephone:   +1 415 773 5700<br>Facsimile:   +1 415 773 5759 |
| 10 |  |
| 11 | THOMAS FU (STATE BAR NO. 325209)<br>tfu@orrick.com |
| 12 | ORRICK, HERRINGTON & SUTCLIFFE LLP<br>355 South Grand Ave., Suite 2700 |
| 13 | Los Angeles, CA  90071-1596<br>Telephone:   +1 213 629-2020 |
|  | Facsimile:   +1 213 612-2499 |

Attorneys for Defendant Fantasia Trading LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| JYOTINDRA SHAKYA and THANH TRAN, on behalf of themselves and those similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>FANTASIA TRADING LLC and ANKER TECHNOLOGY CORPORATION,<br><br>Defendants. | Case No. 3:23-cv-03925-JD<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT FANTASIA TRADING LLC'S MOTION TO DISMISS PLAINTIFFS' FIRST AMENDED COMPLAINT FOR FAILURE TO STATE A CLAIM AND LACK OF STANDING**<br><br>Judge:    Hon. James Donato<br>Location: Courtroom 11, 19th Floor |
|---|---|

Orrick, Herrington & Sutcliffe LLP
Attorneys At Law
Silicon Valley

[Proposed] Order Granting Def. Fantasia
Trading LLC's Motion To Dismiss
Case No. 3:23-cv-03925-JD

**[PROPOSED] ORDER**

Good cause having been shown, the Court hereby GRANTS Defendant Fantasia Trading LLC's Motion to Dismiss Plaintiffs' First Amended Complaint for Failure to State a Claim and Lack of Standing. The Complaint in this case is ordered dismissed.

IT IS SO ORDERED.

DATED: _____

_____
Hon. Judge James Donato of the United States District Court for the Northern District of California