**GUTRIDE SAFIER LLP**
SETH A. SAFIER (State Bar No. 197427)
seth@gutridesafier.com
100 Pine Street, Suite 1250
San Francisco, CA 94111
Telephone: (415) 639-9090
Facsimile: (415) 449-6469

*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THANH TRAN and JYOTINDRA SHAKYA, on behalf of themselves and those similarly situated,<br><br>                  Plaintiffs,<br><br>   v.<br><br>FANTASIA TRADING LLC; ANKER INNOVATIONS TECHNOLOGY CO., LTD.; and POWER MOBILE LIFE, LLC,<br><br>               Defendants. | Case No. 3:23-cv-03925-JD<br><br><br>PLAINTIFFS' NOTICE OF DISMISSAL WITHOUT PREJUDICE OF DEFENDANT ANKER INNOVATIONS TECHNOLOGY CO., LTD. |

1    Plaintiffs submit this Notice of Dismissal under Federal Rule of Civil Procedure

2 41(a)(1)(A)(i). Plaintiffs hereby dismiss, WITHOUT PREJUDICE, Defendant Anker Innova-

3 tions Technology Co., Ltd.

4    Dated: January 30, 2024    **GUTRIDE SAFIER LLP**

5                   /s/Seth A. Safier/s/

                       Seth A. Safier, Esq.

6                   100 Pine Street, Suite 1250

                    San Francisco, California 94111

7

8                   Attorneys for Plaintiffs