**GUTRIDE SAFIER LLP**
Seth A. Safier (State Bar No. 197427)
  seth@gutridesafier.com
Todd Kennedy (State Bar No. 250267)
  todd@gutridesafier.com
100 Pine Street, Suite 1250
San Francisco, CA 94111
Telephone: (415) 639-9090
Facsimile:  (415) 449-6469

*Attorneys for Plaintiffs*

**ORRICK, HERRINGTON & SUTCLIFFE LLP**
Diana M. Rutowski (State Bar No. 238878)
  drutowski@orrick.com
Jacob M. Heath (State Bar No. 238959)
  jheath@orrick.com
1000 Marsh Road
Menlo Park, CA 94025-1015
Telephone: (650) 614-7400
Facsimile: (650) 614-7401

Rebecca Harlow (State Bar No. 281931)
  rharlow@orrick.com
The Orrick Building
405 Howard Street
San Francisco, CA 94105-2669
Telephone: (415) 773-5700
Facsimile: (415) 773-5759

Thomas Fu (State Bar No. 325209)
  tfu@orrick.com
355 South Grand Ave., Suite 2700
Los Angeles, CA 90071-1596
Telephone: (213) 629-2020
Facsimile: (213) 612-2499

*Attorneys for Defendant Fantasia Trading LLC*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

JYOTINDRA SHAKYA and THAN TRAN, on behalf of themselves, the general public, and those similarly situated,

                    Plaintiffs,

        v.

FANTASIA TRADING LLC; ANKER INNOVATIONS TECHNOLOGY CO., LTD.; and POWER MOBILE LIFE, LLC,

                    Defendants.

Case No. 3:23-cv-03925-JD

**UPDATED JOINT CASE MANAGEMENT STATEMENT**

Judge James Donato

        The parties, Jyotindra Shakya and Than Tran ("Plaintiffs") and Fantasia Trading LLC

("Defendant" and collectively, the "Parties") submit this Joint Status Report pursuant to this

Court's January 18, 2024 Order (Dkt. No. 42).

### 1. Proposed Case Schedule

The Parties are in agreement with the below schedule with a few deviations as noted below:

| Deadline to amend complaint | September 30, 2024 |
|---|---|
| Deadline for Plaintiffs to file the motion for class certification and any expert report(s) in support thereof | March 7, 2025 |
| Deadline for Defendants to oppose the motion for class certification and produce any expert report(s) in support of its opposition | **Plaintiffs' Proposal**: April 28, 2025<br><br>**Defendant's Proposal**: May 2, 2025[1] |
| Deadline for Plaintiffs to file the reply in support of motion for class certification | **Plaintiffs' Proposal**: May 12, 2025<br><br>**Defendant's Proposal**: May 23, 2025 |
| Hearing on Plaintiff's motion for class certification | **Plaintiffs' Proposal**: May 29, 2025; 10 am<br><br>**Defendant's Proposal**: June 5, 2025; 10 am |
| Fact discovery cut-off | December 12, 2025 |
| **Plaintiffs' Proposal**: Deadline for Merits Expert Disclosures<br><br>**Defendant's Proposal**: Deadline for Plaintiffs' Merits Expert Disclosures | January 12, 2026 |
| **Defendant's Proposal**: Deadline for Defendants' Merits Rebuttal Expert Disclosures | February 11, 2026 |

---

[1] The Parties' proposed schedules deviate on these dates because Plaintiffs believe there is no need for such an elongated briefing scheduling on class certification. Plaintiffs' proposed schedule differs from the CMC statement based on the different context and proposed schedules of other events that were not previously addressed. Plaintiffs offered a compromise of 45-days for opposition, but Defendants rejected it. Defendants have accepted Plaintiffs' proposal that class certification briefing coincide with expert reports but propose the eight (8) weeks between opening briefs and opposition briefs as Plaintiffs proposed in the Parties' case management statement (Dkt. No. 40 at 7).

| | |
|---|---|
| Merits Expert discovery cut-off | March 13, 2026 |
| Deadline to file dispositive and *Daubert* motions | March 27, 2026 |
| Pre-Trial Conference | June 25, 2026, 1:30 p.m. |
| Jury Trial | July 13, 2026, 9:00 a.m. |

## Plaintiffs' Statement

Plaintiffs do not subscribe to Defendant's unnecessary statement and argument below. Finally, Plaintiffs believe that Power Mobile, LLC's registered agent was served, but they have not yet received a proof of service.

## Defendant's Statement

In terms of case status, Plaintiffs filed a voluntary withdrawal of Defendant Anker Innovations Technology Co., Ltd. ("Anker Innovations") on January 30, 2024 (Dkt. No. 44). Defendant Fantasia Trading LLC filed a Motion to Dismiss on January 26, 2024 (Dkt. No. 43) ("Motion to Dismiss") that is pending with a hearing date of March 7, 2024. Defendant Power Mobile Life, LLC was added as a defendant to the Amended Complaint (Dkt. No. 30), and Plaintiffs contend it was served but have not been able to confirm the date. Power Mobile Life, LLC has neither appeared nor responded in this action. Assuming this case survives dismissal, the Parties propose case schedule above. The overall length of the proposed discovery period and case schedule is appropriate here for a number of reasons. First, this is a class action, necessitating discovery from and about the class. The schedule will also need to include time for class certification experts and briefing. Second, this is a technical case that will require technical documents and technical evaluation of potentially more than a dozen accused products, depending on the outcome of the Motion to Dismiss. As detailed in that Motion, Fantasia's position is that the pixel count at issue in the advertising is easily determined, but if the case is not dismissed, then additional discovery into Plaintiffs' theory regarding "optical resolution" will need to be conducted. Thus, Defendant submits that it makes sense to allow time to finish technical discovery after the class certification briefing, as such discovery does not need to be

complete for the class certification process. Finally, many of the likely relevant documents and witnesses are in China, so the parties will need to navigate Chinese legal restrictions and to comply with Chinese laws and regulations in the discovery process. Moreover, documents (including technical documentation) and depositions may require translation into English, which takes additional time. As a result, and in an effort to avoid having to seek an extension of deadlines in the future, Defendant respectfully submits that the Parties believe this to be a realistic case schedule under the circumstances.

**2.     Settlement and ADR**

Pursuant to this Court's Order, the Parties have agreed to select Judge Wayne Andersen as mediator. The Parties agree that the mediation deadline will be December 16, 2025.

Dated: February 1, 2024

**GUTRIDE SAFIER LLP**

*/s/Seth Safier*
Seth A. Safier (State Bar No. 197427)
 seth@gutridesafier.com
Todd Kennedy (State Bar No. 250267)
 todd@gutridesafier.com
100 Pine Street, Suite 1250
San Francisco, CA 94111
Telephone: (415) 639-9090
Facsimile:  (415) 449-6469

*Attorneys for Plaintiffs*

**ORRICK, HERRINGTON & SUTCLIFFE LLP**

*/s/Diana M. Rutowski*
Diana M. Rutowski (State Bar No. 238878)
 drutowski@orrick.com
Jacob M. Heath (State Bar No. 238959)
 jheath@orrick.com
1000 Marsh Road
Menlo Park, CA 94025-1015
Telephone: (650) 614-7400
Facsimile: (650) 614-7401

Rebecca Harlow (State Bar No. 281931)
 rharlow@orrick.com
The Orrick Building
405 Howard Street
San Francisco, CA 94105-2669
Telephone: (415) 773-5700
Facsimile: (415) 773-5759

Thomas Fu (State Bar No. 325209)
 tfu@orrick.com
355 South Grand Ave., Suite 2700
Los Angeles, CA 90071-1596
Telephone: (213) 629-2020
Facsimile: (213) 612-2499

## ATTESTATION OF CONCURRENCE IN FILING

In accordance with the Northern District of California Local Rule 5-1(i)(3), I attest that concurrence in the filing of this document has been obtained from each of the signatories who are listed on the signature page.


Dated: February 1, 2024

**GUTRIDE SAFIER LLP**


*/s/Seth Safier*
Seth A. Safier (State Bar No. 197427)
seth@gutridesafier.com
Todd Kennedy (State Bar No. 250267)
todd@gutridesafier.com
100 Pine Street, Suite 1250
San Francisco, CA 94111
Telephone: (415) 639-9090
Facsimile:  (415) 449-6469

*Attorneys for Plaintiffs*