UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JYOTINDRA SHAKYA, et al., <br> Plaintiffs, <br> v. <br> FANTASIA TRADING LLC, et al., <br> Defendants. | Case No. 23-cv-03925-JD <br><br> **SCHEDULING ORDER** |

The Court sets the following case management deadlines pursuant to Federal Rule of Civil Procedure 16 and Civil Local Rule 16-10. The parties are advised to review and comply with the Court's Standing Order for Civil Cases, Standing Order for Discovery in Civil Cases, and Standing Order for Civil Jury Trials. At the parties' joint request, Dkt. No. 45 at 4, the case is referred to private mediation before the Hon. Wayne Andersen (Ret.).

| Event | Deadline |
|---|---|
| Add parties or amend pleadings | May 31, 2024 |
| Complete private mediation session | December 31, 2025 |
| Fact discovery cut-off | August 29, 2025 |
| Expert disclosures | September 26, 2025 |
| Rebuttal expert disclosures | October 24, 2025 |
| Expert discovery cut-off | December 19, 2025 |
| Deadline to file motion for class certification | January 15, 2026 |
| Deadline to file opposition to class certification | February 26, 2026 |

| Event | Deadline |
|---|---|
| Deadline to file reply in support of class certification | March 12, 2026 |
| Hearing re class certification | April 2, 2026 |
| Last day to file dispositive and *Daubert* motions | June 18, 2026 |
| Pretrial conference | Thursday, October 8, 2026, at 1:30 p.m. |
| Jury trial | Monday, October 26, 2026, at 9:00 a.m. |

All dates set by the Court should be regarded as firm. Counsel may not modify these dates by stipulation without leave of court. Requests for continuances are disfavored, and scheduling conflicts that are created subsequent to the date of this order by any party, counsel or party-controlled expert or witness will not be considered good cause for a continuance. Sanctions may issue for a failure to follow a scheduling or other pretrial order. *See* Fed. R. Civ. P. 16(f)(1)(C).

**IT IS SO ORDERED.**

Dated: February 8, 2024

_____
JAMES DONATO
United States District Judge

2