DIANA M. RUTOWSKI (STATE BAR NO. 238878)
drutowski@orrick.com
JACOB M. HEATH (STATE BAR NO. 238959)
jheath@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
1000 Marsh Road
Menlo Park, CA 94025-1015
Telephone: +1 650 614-7400
Facsimile: +1 650 614-7401

REBECCA HARLOW (STATE BAR NO. 281931)
rharlow@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, CA 94105-2669
Telephone: +1 415 773 5700
Facsimile: +1 415 773 5759

THOMAS FU (STATE BAR NO. 325209)
tfu@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
355 South Grand Ave., Suite 2700
Los Angeles, CA 90071-1596
Telephone: +1 213 629-2020
Facsimile: +1 213 612-2499

Attorneys for Defendant Fantasia Trading LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JYOTINDRA SHAKYA and THANH TRAN, on behalf of themselves and those similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>FANTASIA TRADING LLC; ANKER INNOVATIONS TECHNOLOGY CO., LTD.; POWER MOBILE LIFE, LLC,<br><br>Defendants. | Case No. 3:23-cv-03925-JD<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT POWER MOBILE LIFE, LLC'S MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM AND LACK OF STANDING**<br><br>Judge:    Hon. James Donato<br>Location: Courtroom 11, 19th Floor |

ORRICK, HERRINGTON & SUTCLIFFE LLP
ATTORNEYS AT LAW
SILICON VALLEY

[PROPOSED] ORDER GRANTING DEF. POWER
MOBILE LIFE LLC'S MOTION TO DISMISS
CASE NO. 3:23-CV-03925-JD

**[PROPOSED] ORDER**

Good cause having been shown, the Court hereby GRANTS Defendant Power Mobile Life LLC's Motion to Dismiss for Failure to State a Claim and Lack of Standing. The Complaint in this case is ordered dismissed.

IT IS SO ORDERED.

DATED: _____          _____
                                        Hon. Judge James Donato of the United
                                        States District Court for the Northern
                                        District of California