**GUTRIDE SAFIER LLP**
Seth A. Safier (State Bar No. 197427)
seth@gutridesafier.com
Todd Kennedy (State Bar No. 250267)
todd@gutridesafier.com
100 Pine Street, Suite 1250
San Francisco, CA 94111
Telephone: (415) 639-9090
Facsimile: (415) 449-6469

*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT FOR THE**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JYOTINDRA SHAKYA and THAN TRAN, on behalf of themselves, the general public, and those similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>FANTASIA TRADING LLC and POWER MOBILE LIFE, LLC,<br><br>Defendants. | Case No. 3:23-cv-03925-JD<br><br>**STIPULATION AND PROPOSED ORDER REGARDING HEARINGS ON DEFENDANTS' MOTION TO DISMISS** |

Pursuant to Civil Local Rules 6-2 and 7-12, Plaintiff Jyotindra Shakya and Than Tran ("Plaintiffs") and Defendants Fantasia Trading LLC and Power Mobile Life, LLC ("Defendants," and collectively, the "Parties") hereby stipulate as follows:

WHEREAS, Plaintiffs filed their Class Action Complaint against Defendant Fantasia Trading LLC and Defendant Anker Technology Corporation on August 4, 2023 (ECF 1);

WHEREAS, the parties stipulated to Plaintiffs filing their First Amended Class Action Complaint on December 22, 2023, and to Defendant Fantasia Trading LLC (the only Defendant then served) filing its response thereto on January 26, 2024 (ECF 29);

WHEREAS, Plaintiffs filed their First Amended Class Action Complaint against Defendant Fantasia Trading LLC, adding Defendants Anker Innovations Technology Co., Ltd., and Power Mobile Life, LLC, on December 22, 2023 (ECF 30);

1      WHEREAS, Plaintiffs thereafter served Defendant Power Mobile Life, LLC, making its response due after Defendant Fantasia Trading LLC's response deadline;

     WHEREAS, Plaintiffs voluntarily dismissed Defendant Anker Innovations Technology Co., Ltd. on January 30, 2024 (ECF 44);

     WHEREAS, Defendant Fantasia Trading LLC filed its motion to dismiss on January 26, 2024, and the parties have now fully briefed the motion (ECF 43, 47, 50);

     WHEREAS, Defendant Fantasia Trading LLC's motion to dismiss is set to be heard on March 7, 2024 (ECF 43);

     WHEREAS, Defendant Power Mobile Life, LLC filed its motion to dismiss on February 12, 2024, and the motion will be fully briefed by March 4, 2024 (ECF 49, 51);

     WHEREAS, Defendant Power Mobile Life, LLC's motion to dismiss is set to be heard on March 21, 2024 (ECF 49);

     WHEREAS, the Parties have met and conferred and agree that both motions raise some overlapping issues and submit it would be most efficient for them to be heard together;

     WHEREAS, the Parties agree, subject to the Court's approval, that the hearings should be consolidated and heard on March 21, 2024;

     IT IS HEREBY STIPULATED AND AGREED by the Parties, subject to the approval of this Court, that:

     1. Defendant Fantasia Trading LLC's and Defendant Power Mobile Life, LLC's motions to dismiss shall be jointly heard on **March 21, 2024**.

     IT IS SO STIPULATED AND AGREED.

///
///
///
///
///
///

Dated: February 28, 2024

| | |
|---|---|
| **GUTRIDE SAFIER LLP** | **ORRICK, HERRINGTON & STUCLIFFE LLP** |
| *s/ Seth A. Safier /* <br> Seth A. Safier (State Bar No. 197427) <br> seth@gutridesafier.com <br> Todd Kennedy (State Bar No. 250267) <br> todd@gutridesafier.com <br> 100 Pine Street, Suite 1250 <br> San Francisco, CA 94111 <br> Telephone: (415) 639-9090 <br> Facsimile:  (415) 449-6469 <br><br> *Attorneys for Plaintiff* | *s/ Diana M. Rutowski /* <br> Diana M. Rutowski (State Bar No. 238878) <br> drutowski@orrick.com <br> Jacob M. Heath (State Bar No. 238959) <br> jheath@orrick.com <br> 1000 Marsh Road <br> Menlo Park, CA 94205 <br> Telephone: (650) 614-740 <br> Facsimile: (650) 614-7401 <br><br> Rebecca Harlow (State Bar No. 281931) <br> rharlow@orrick.com <br> The Orrick Building <br> 405 Howard Street <br> San Francisco, CA 94105 <br> Telephone: (415) 773-570 <br> Facsimile: (415) 773-5759 <br><br> Thomas Fu (State Bar No. 325209) <br> tfu@orrick.com <br> 355 South Grand Ave., Suite 2700 <br> Los Angeles, CA 90071 <br> Telephone: (213) 629-2020 <br> Facsimile: (213) 612-2499 |

1     PURSUANT TO STIPULATION, IT IS SO ORDERED.

2

3

4  Dated: _____        _____
                                 JAMES DONATO
5                                United States District Court Judge

**ATTESTATION OF CONCURRENCE IN FILING**

In accordance with the Northern District of California Local Rule 5-1(i)(3), I attest that concurrence in the filing of this document has been obtained from each of the signatories who are listed on the signature page.

Dated: February 28, 2024

                                  **GUTRIDE SAFIER LLP**

                                  *s/ Seth A. Safier /*
                                  Seth A. Safier (State Bar No. 197427)
                                  seth@gutridesafier.com
                                  Todd Kennedy (State Bar No. 250267)
                                  todd@gutridesafier.com
                                  100 Pine Street, Suite 1250
                                  San Francisco, CA 94111
                                  Telephone: (415) 639-9090
                                  Facsimile:  (415) 449-6469

                                  *Attorneys for Plaintiffs*