**GUTRIDE SAFIER LLP**
Seth A. Safier (State Bar No. 197427)
 seth@gutridesafier.com
Todd Kennedy (State Bar No. 250267)
 todd@gutridesafier.com
100 Pine Street, Suite 1250
San Francisco, CA 94111
Telephone: (415) 639-9090
Facsimile: (415) 449-6469

*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT FOR THE**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JYOTINDRA SHAKYA and THAN TRAN, on behalf of themselves, the general public, and those similarly situated,<br><br>　　　　　　　　　　Plaintiffs,<br><br>　v.<br><br>FANTASIA TRADING LLC; and POWER MOBILE LIFE, LLC,<br><br>　　　　　　　　　　Defendants. | Case No. 3:23-cv-03925-JD<br><br>**PLAINTIFFS' ADMINISTRATIVE MOTION FOR EXTENSION OF TIME TO FILE AMENDED COMPLAINT** |

1   Pursuant to Civil Local Rules 7-11 and 6-3, Plaintiffs respectfully request that the Court
2  extend their deadline to file an Amended Complaint by twenty-two days until May 17, 2024. The
3  current deadline to file the amended complaint is April 25, 2024.

4   Plaintiffs seek this extension due to the need to conduct a consumer survey pursuant to
5  this Court's March 18 Order granting Defendant's motion to dismiss. This Court granted
6  Defendant's motion to dismiss finding that the complaint fell short of alleging that the plaintiffs
7  did not receive the advertised "4K" and "2K" camera because consumers purportedly equate
8  these representations with pixel counts. ECF 56 at 2-4. In amending the complaint, Plaintiffs will
9  conduct a consumer survey to support the plausibility of Plaintiffs' allegations that consumers
10 reasonably expect superior video and image detail with each step up in Defendants' advertised
11 video and image detail claims. Specifically, the survey will show that consumers do not
12 understand Defendants' claims to only reference pixel count because consumers expect enhanced
13 optical resolution with each step up in advertised video and image detail. As this Court
14 acknowledged "the total number of pixels in an image does not itself determine the image
15 quality." *Id.* at 3. The Ninth Circuit has repeatedly held that "consumer surveys may well be
16 relevant and helpful" to assess the plausibility of consumer deception at the pleading stage.
17 *McGinity v. P&G*, 69 F.4th 1093, 1099-100 (9th Cir. 2023); *see also, e.g., Naimi v. Starbucks*
18 *Corp.*, 798 F. App'x 67, 69 (9th Cir. 2019) (reversing a district court that had held plaintiff failed
19 to plausibly allege consumer deception where Plaintiffs alleged that a consumer survey showed
20 that 89% of consumers interpreted a label claim in line with their theory of deception). Plaintiffs
21 need sufficient time to follow the Ninth Circuit's instruction in this regard. The survey will take at
22 least one month to design and run to obtain sufficient responses for reliable results. Safier Decl.,
23 ¶¶ 2-4.

24  Plaintiffs have been diligent in pursuing the design and completion of a survey in support
25 of amendment. The extension will not have a meaningful effect on the case schedule as there are
26 no further deadlines. Moreover, Defendants are declining to participate in discovery pending the
27 outcome of their forthcoming motion to dismiss Plaintiffs' amended complaint. There is no
28 conceivable prejudice that could result from this extension. *See Abels v. JBC Legal Grp., P.C.*,

-1-

-2-

229 F.R.D. 152, 157 (N.D. Cal. 2005) (holding that a party was not prejudiced "just because 'pre-trial deadlines may need modification'") (citation omitted).

Because Plaintiffs have acted diligently, and because the requested extension will have no significant effect on the case schedule, a twenty-two day extension is appropriate here.

Prior to filing this motion, Plaintiffs' counsel contacted Defendants' counsel and asked whether Defendants would stipulate to the requested extension. Defendants did not respond to Plaintiffs' counsel's email. Safier Decl. ¶ 5.

Dated: April 17, 2024

**GUTRIDE SAFIER LLP**

*/s/ Seth A. Safier /*
Seth A. Safier (State Bar No. 197427)
 seth@gutridesafier.com
Todd Kennedy (State Bar No. 250267)
 todd@gutridesafier.com
100 Pine Street, Suite 1250
San Francisco, CA 94111
Telephone: (415) 639-9090
Facsimile:  (415) 449-6469

*Attorneys for Plaintiffs*

-2-

Pls' Admin. Mtn for Extension to File Amended Complaint
Case No. 3:23-CV-03925-JD