**GUTRIDE SAFIER LLP**
Seth A. Safier (State Bar No. 197427)
  seth@gutridesafier.com
Todd Kennedy (State Bar No. 250267)
  todd@gutridesafier.com
100 Pine Street, Suite 1250
San Francisco, CA 94111
Telephone: (415) 639-9090
Facsimile:  (415) 449-6469

*Attorneys for Plaintiffs*

## UNITED STATES DISTRICT COURT FOR THE

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JYOTINDRA SHAKYA and THAN TRAN, on behalf of themselves, the general public, and those similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>FANTASIA TRADING LLC; and POWER MOBILE LIFE, LLC,<br><br>Defendants. | Case No. 3:23-cv-03925-JD<br><br>**DECLARATION OF SETH A. SAFIER IN SUPPORT OF PLAINTIFFS' ADMINISTRATIVE MOTION FOR EXTENSION OF TIME TO FILE AMENDED COMPLAINT** |

I, Seth Safier, declare and state as follows pursuant to 28 U.S.C. § 1746:

1.     I am a partner at Gutride Safier LLP and am counsel for Plaintiffs in this action. I offer this declaration in support of Plaintiffs' administrative motion for an extension of the deadline to file an amended complaint. I have personal knowledge of the facts set forth in this declaration, and I could and would testify thereto if called upon to do so.

2.     In anticipation of filing an amended complaint and to meet the standards set forth in this Court's Order on Defendants' Motion to Dismiss (ECF 56), Plaintiffs have worked diligently to develop, refine, and field a consumer survey to support the plausibility of Plaintiffs' allegations that Defendant's label is misleading to reasonable consumers.

3.     Plaintiffs believe the survey will take at least four additional weeks to fully design, field, and complete.

4.     Plaintiffs seek this extension to ensure that Plaintiffs have adequate time to obtain and analyze data.

5.     Prior to seeking this extension, counsel for Plaintiffs emailed Defendants' counsel, Diana Rutowski, and informed Defendants that Plaintiffs would seek an extension of the deadline to file the amended complaint until May 17, 2024 to allow for the completion of survey work. Defendants' counsel has not responded to take a position on the request.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on April 17, 2024 in San Francisco, California.

Dated: April 17, 2024

**GUTRIDE SAFIER LLP**

*s/ Seth A. Safier*
Seth A. Safier

*Attorneys for Plaintiffs*