1  **GUTRIDE SAFIER LLP**
   Seth A. Safier (State Bar No. 197427)
2    seth@gutridesafier.com
   Todd Kennedy (State Bar No. 250267)
3    todd@gutridesafier.com
   100 Pine Street, Suite 1250
4  San Francisco, CA 94111
   Telephone: (415) 639-9090
5  Facsimile: (415) 449-6469

6  *Attorneys for Plaintiffs*

7

8                    **UNITED STATES DISTRICT COURT FOR THE**

9                         **NORTHERN DISTRICT OF CALIFORNIA**

10 | JYOTINDRA SHAKYA and THAN TRAN, on behalf of themselves, the general public, and those similarly situated, | Case No. 3:23-cv-03925-JD |
|---|---|
| Plaintiffs, | **[PROPOSED] ORDER GRANTING PLAINTIFFS' ADMINISTRATIVE MOTION FOR EXTENSION OF TIME TO FILE AMENDED COMPLAINT** |
| v. | |
| FANTASIA TRADING LLC; and POWER MOBILE LIFE, LLC, | |
| Defendants. | |

-1-

**[PROPOSED] ORDER**

Upon consideration of Plaintiffs' Administrative Motion for Extension of Time to File Amended Complaint (ECF 57), and any Opposition thereto, it is hereby ORDERED that Plaintiffs shall file their Amended Complaint on or before May 17, 2024.

**IT IS SO ORDERED.**

DATED: _____

_____
Hon. Judge James Donato
United States District Court

-1-

[Proposed] Order Granting Pls' Admin. Mtn for Extension to File Amended Complaint
Case No. 3:23-CV-03925-JD