# EXHIBIT A

I, Jyotindra Shakya, declare:

1. I am a Plaintiff in this action. If called upon to testify, I could and would competently testify to the matters contained herein based upon my personal knowledge.

2. I submit this Declaration pursuant to California Code of Civil Procedure section 2215.5 and California Civil Code section 1780(d).

3. I reside in Freemont, California. I purchased Eufy security cameras products from their website at https://us.eufy.com while I was in California.

I declare under penalty of perjury under the laws of California that the foregoing is true and correct.

Executed this 7th day of February 2023, in Freemont, California.



DocuSigned by:

C9393C24B048461...

Jyotindra Shakya

-1-

DECLARATION RE CAL. CIV. CODE SECTION 1780(D) JURISDICTION