DIANA M. RUTOWSKI (STATE BAR NO. 238878)
drutowski@orrick.com
JACOB M. HEATH (STATE BAR NO. 238959)
jheath@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
1000 Marsh Road
Menlo Park, CA 94025-1015
Telephone:  +1 650 614-7400
Facsimile:  +1 650 614-7401

REBECCA HARLOW (STATE BAR NO. 281931)
rharlow@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, CA 94105-2669
Telephone:  +1 415 773 5700
Facsimile:  +1 415 773 5759

THOMAS FU (STATE BAR NO. 325209)
tfu@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
355 South Grand Ave., Suite 2700
Los Angeles, CA 90071-1596
Telephone:  +1 213 629-2020
Facsimile:  +1 213 612-2499

*Attorneys for Defendants*
*Fantasia Trading LLC and Power Mobile Life, LLC*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THANH TRAN and JYOTINDRA SHAKYA, on behalf of themselves and those similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>FANTASIA TRADING LLC; POWER MOBILE LIFE, LLC,<br><br>Defendants. | Case No. 3:23-cv-03925-JD<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO DISMISS PLAINTIFFS' SECOND AMENDED COMPLAINT FOR LACK OF PERSONAL JURISDICTION OVER POWER MOBILE LIFE, LLC AND FAILURE TO STATE A CLAIM**<br><br>Judge:  Hon. James Donato<br>Location:  Courtroom 11, 19th Floor |

ORRICK, HERRINGTON & SUTCLIFFE LLP
ATTORNEYS AT LAW
SILICON VALLEY

[PROPOSED] ORDER GRANTING DEFENDANTS'
MOTION TO DISMISS SAC
CASE NO. 3:23-CV-03925-JD

# [PROPOSED] ORDER

Good cause having been shown, the Court hereby GRANTS Defendant's Motion to Dismiss Plaintiffs' Second Amended Complaint for Lack of Personal Jurisdiction over Power Mobile Life, LLC and Failure to State a Claim. Plaintiffs' Second Amended Complaint is ordered dismissed in its entirety with prejudice and without leave to amend.

IT IS SO ORDERED.

DATED: _____

_____
Hon. Judge James Donato of the United States District Court for the Northern District of California